# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 22-1220
(to be filled in by the Clerk's Office)

Charmaine Custis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

M&T Bank LLC, Inc., Corp financial insti
M&T Bank, "CoCo Rene F Jones", Alisa Graves, Mary Klodarska
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Charmaine Custis
   Street Address: 500 Delaware Ave Suite 2636
   City and County: Wilmington Delaware 19801
   State and Zip Code: P.O. Box 2636 Wilmington Del 19801
   Telephone Number: 302-244-6785
   E-mail Address: chachachapettaway@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Alisa Graves
- Job or Title (if known): District/Area Manager
- Street Address: 1007 N Market St suite 12
- City and County: Wilmington Del
- State and Zip Code: 19801
- Telephone Number: 302-651-1624
- E-mail Address (if known):

Defendant No. 2
- Name: Aaron Evans
- Job or Title (if known): Vice President/Branch Manager
- Street Address: 82 E Main St
- City and County: Newark
- State and Zip Code: Delaware
- Telephone Number: 302-651-1627
- E-mail Address (if known): aevans6@mtb.com

Defendant No. 3
- Name: M&T Bank and CEO Rene F Jones
- Job or Title (if known): CEO
- Street Address: M&T Plaza 345 Main Street
- City and County: Buffalo
- State and Zip Code: New York 14203
- Telephone Number: 716 8426138
- E-mail Address (if known):

Defendant No. 4
- Name: M&T Bank manager/Mary Klodarska
- Job or Title (if known): Manager at Fair Fax Location
- Street Address: 2301 Concord Pike
- City and County: Wilmington
- State and Zip Code: Del 19803
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

*Complaintiff is a Penna. resident & the defendants are from Delaware & New York.*

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Charmaine Custis, is a citizen of the State of *(name)* Penna.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A — A Participant in Penna ACP program, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, (name) M&T Bank + Alisa Graves, is a citizen of the State of (name) Delaware. Or is a citizen of (foreign nation) _____.

b. If the defendant is a corporation
The defendant, (name) M&T Bank, is incorporated under the laws of the State of (name) Federal Laws, and has its principal place of business in the State of (name) Delaware. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Delaware.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): $200,000.00 Due to discriminatory actions against a non Caucasian customer who has disability & in the victim witness address confidentiality program the Bank illegally stopped her secured loan approval & close her account etc

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff legally opened an account a M&T Bank in or about July of 2022 in Wilmington Delaware Fairfax branch. It is disabled and was visibly disabled when she opened a checking + savings a minimum deposit $40.00 as her account was placed on the system with an address that she chose for security reason while producing her Penna valid ID & ACP ID card (victim witness address confidential program) Acid copy for a secured

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Erroneous accounts triggery text messages, closing of my account, withholding my mail, keeping my PIN number, interfere w my secured credit card loan by closing my account cc the manager kept her mail falsely claim that

made statements plaintiff never made. After plaintiff insisted that the bank manager Mary would not turn over the P.I.N, the bank staff at Fairfax notified plaintiff to pick up. Plaintiff complained to Alisa Graves who lied on plaintiff and threatened to close plaintiff account to avoid documenting plaintiff complaint. Ms. Graves was advised by plaintiff that she know that their accusations were false as Ms Graves claimed verbally abused that she reviewed the audio, plaintiff requested that Ms Graves w/f produce the alleged audio of their bogus claims and advised Ms Graves that she was committing slander while discriminating against plaintiff who is Native American & Afro American. Def's could not produce the alleged audio. Ms Graves then demanded plaintiff physical address ignoring the fact that plaintiff is in a protected program (AcP) just to stop plaintiff secured credit card that was approved. etc. see Exhibit. Defs threatened causing PLF debt, furth don rental to send plaintiff revenues to an unauthorized address…

> Plaintiff is entitled to actual, consumer protection rights, punative & compensatory damages $6,000,000.00 actual damages, $300,000.00 punative & compensatory damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/19/22

Signature of Plaintiff: *Charmaine Custus*
Printed Name of Plaintiff: *[signature]*

### B. For Attorneys

Date of signing: ___

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address