IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARMAINE CUSTIS, | : |
| Plaintiff, | : |
| v. | : Civ. No. 22-1220-CFC |
| ALISA GRAVES, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington on this 5th day of December in 2023;

IT IS HEREBY ORDERED that:

1. On October 30, 2023, an Order was entered that dismissed the Complaint and gave Plaintiff leave to file an amended complaint or before November 30, 2023. (D.I. 38) The Order advised Plaintiff that the Clerk of Court would be directed to close the case should Plaintiff fail to timely file an amended complaint. (*Id.*).

2. The time has passed, and Plaintiff has failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

_____
Chief Judge